IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DAVID WILCOX and GLOBAL PROCESSING, INC., <br><br> Defendants. | No. 3:24-CR-3051-LTS-MAR <br><br> **DEFENDANT WILCOX'S *UNRESISTED* MOTION TO CONTINUE TRIAL** |

COMES NOW, Defendant David Wilcox, through the undersigned attorneys, to move to continue trial. In support, counsel state:

1. The superseding indictment (Doc. 58) charges Mr. Wilcox and Global Processing, Inc., with a variety of financial crimes.

2. Trial is scheduled to begin on September 8, 2025, and last two to three weeks. (Doc. 28.)

3. On July 23, 2025, the Court granted retained counsel's motion to withdraw for Mr. Wilcox subject to Mr. Wilcox's submission of a financial affidavit. The Court appointed the Federal Defender's Office as counsel for Mr. Wilcox. (Doc. 79.)

4. The attorney for the government and Mr. Wilcox's former retained attorney have disclosed that discovery in this matter is extremely voluminous. The undersigned attorneys do not yet have discovery.

5. Regardless whether the undersigned attorneys continue to represent

1

Mr. Wilcox through trial, it is not feasible for any attorney(s) to be prepared for trial as currently scheduled.

6. Accordingly, the undersigned attorneys ask for a trial continuance. Concurrently with this motion, the undersigned attorneys will file a motion for a status conference to discuss the financial affidavit, and (if the Court grants that motion) the rescheduled trial date could be discussed at any such status conference.

7. The undersigned counsel have met and conferred with AUSA Vavricek. The government does not resist this motion for a continuance but notes that any continuance should apply to both defendants. AUSA Vavricek noted that the government would be available for a trial starting in late January or February, which would be an acceptable time frame for the undersigned attorneys.

8. Global Processing, Inc., is unrepresented in this matter, and Mr. Wilcox's position remains that he has no authority to act or speak on its behalf. (*See* Doc. 70-1, pp. 1-2.) Mr. Wilcox himself, however, does not resist a trial continuance.

WHEREFORE, Mr. Wilcox, through the undersigned attorneys, moves for a continuance of trial.

Respectfully submitted,

*/s/ Brad Hansen*
FEDERAL DEFENDER'S OFFICE
400 Locust Street, Suite 340
Des Moines, Iowa 50309-2353
PHONE: (515) 309-9610
FAX: (515) 309-9625
E-MAIL:  brad_hansen@fd.org
ATTORNEY FOR THE DEFENDANT

*/s/ Phil Jose*
FEDERAL DEFENDER'S OFFICE
400 Locust Street, Suite 340
Des Moines, Iowa 50309-2353
PHONE: (515) 309-9610
FAX: (515) 309-9625
E-MAIL:  phil_jose@fd.org
ATTORNEY FOR THE DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2025, I electronically filed this document with the Clerk of Court using the ECF system, which will provide notice to all assigned attorneys.

*/s/ BRH*